# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  MASSACHUSETTS
### EASTERN  DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BLACKSTONE FINANCIAL HOLDINGS, | § | Case No. 11-19890 |
| LLC | § | |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John J. Aquino, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants:  3,120,357.03 | Claims Discharged Without Payment:  NA |
| Total Expenses of Administration:  172,028.14 | |

3) Total gross receipts of $ 3,292,385.17  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,292,385.17  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 634,000.00 | $ 247,125.22 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 172,028.14 | 172,028.14 | 172,028.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 500.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 4,040,117.24 | 3,834,976.72 | 3,120,357.03 |
| **TOTAL DISBURSEMENTS** | $ 634,500.00 | $ 4,459,270.60 | $ 4,007,004.86 | $ 3,292,385.17 |

4) This case was originally filed under chapteron 10/20/2011 , and it was converted to chapter 7 on 05/01/2012 . The case was pending for 85 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  04/19/2019                     By:/s/John J. Aquino, Trustee
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 89-91 WEST STREET, BEVERLY, MASSACHUSETTS 01915 | 1110-000 | 3,275,000.00 |
| Rents Received West St property | 1122-000 | 13,075.65 |
| Insurance Claim | 1229-000 | 4,309.52 |
| TOTAL GROSS RECEIPTS | | $3,292,385.17 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase 9200 Oakdale Avenue Chatsworth, CA  91311 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jon S. Davis, Esq. Staton & Davis 1000 Plain Street Marshfield, MA 02050 | | 0.00 | NA | NA | 0.00 |
| | Mercantile Bank And Trust Company 651 Boylston Street Boston, MA 02116 | | 634,000.00 | NA | NA | 0.00 |
| | Shipways Condominium Association Shipway Place Charlestown, MA 02129 | | 0.00 | NA | NA | 0.00 |
| 1 | Boston Water & Sewer Commission | 4110-000 | 0.00 | 2,274.97 | 0.00 | 0.00 |
| 4 | Raymond C. Green, Inc, Trustee | 4110-000 | NA | 244,850.25 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 634,000.00** | **$ 247,125.22** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John J. Aquino | 2100-000 | NA | 25,584.76 | 25,584.76 | 25,584.76 |
| John J. Aquino | 2200-000 | NA | 6,846.65 | 6,846.65 | 6,846.65 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 1,059.56 | 1,059.56 | 1,059.56 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 1,152.09 | 1,152.09 | 1,152.09 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| 17 Bertram St<br>Beverly, MA 01915 | 2420-000 | NA | 3,000.00 | 3,000.00 | 3,000.00 |
| 3522 Thomasville Road, Suite 400<br>Tallahassee, FL 33209 | 2420-000 | NA | 5,796.46 | 5,796.46 | 5,796.46 |
| 6 School Street Apt 1<br>Salem, MA 01970 | 2420-000 | NA | 600.00 | 600.00 | 600.00 |
| JP Morgan Chase | 2420-000 | NA | -7,900.00 | -7,900.00 | -7,900.00 |
| City of Beverly - Fire Department | 2500-000 | NA | 150.00 | 150.00 | 150.00 |
| Jerry Vitale Trash | 2500-000 | NA | 11,742.00 | 11,742.00 | 11,742.00 |
| Associated Bank | 2600-000 | NA | 1,371.61 | 1,371.61 | 1,371.61 |
| for bounced check 5/13 | 2600-000 | NA | 12.00 | 12.00 | 12.00 |
| National Grid | 2690-000 | NA | 1,008.98 | 1,008.98 | 1,008.98 |
| Us Trustee | 2950-000 | NA | 650.00 | 650.00 | 650.00 |
| Jerry Vitale Trash Removal | 2990-000 | NA | 895.00 | 895.00 | 895.00 |
| 100 Cummings Center<br>Beverly, MA 01915 | 2990-000 | NA | 3,084.00 | 3,084.00 | 3,084.00 |
| JP Morgan Chase | 2990-000 | NA | -3,084.00 | -3,084.00 | -3,084.00 |
| Robert Lockwood | 2990-000 | NA | 8,500.00 | 8,500.00 | 8,500.00 |
| ANDERSON AQUINO LLP | 3110-000 | NA | 82,713.00 | 82,713.00 | 82,713.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Verdolino & Lowey P. C. | 3410-000 | NA | 1,962.00 | 1,962.00 | 1,962.00 |
| Verdolino & Lowey P. C. | 3420-000 | NA | 36.03 | 36.03 | 36.03 |
| Tranzon Auction Properties | 3610-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| Tranzon Auction Properties | 3620-000 | NA | 16,848.00 | 16,848.00 | 16,848.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 172,028.14 | $ 172,028.14 | $ 172,028.14 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Massachusetts Department Of Revenue Bankruptcy Unit P.O. Box 9564 Boston, MA 02114-9564 | | 500.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 500.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comcast P.O. Box 1577 Newark, NJ  07101-1577 | | 0.00 | NA | NA | 0.00 |
| | Comcast P.O. Box 6505 Chelsmford, MA  01824 | | 0.00 | NA | NA | 0.00 |
| | Michael Lane 430 Lexington Street Newton, MA  02466 | | 0.00 | NA | NA | 0.00 |
| | National Grid P.O. Box 1048 Woburn, MA  01807-1048 | | 0.00 | NA | NA | 0.00 |
| | Poland Springs 105 Pennsylvania Avenue Framingham, MA  01701 | | 0.00 | NA | NA | 0.00 |
| | Sprint P.O. Box 660075 Dallas, TX  75266-0075 | | 0.00 | NA | NA | 0.00 |
| 3 | Jpmorgan Chase Bank, N.A. | 7100-000 | NA | 3,834,976.72 | 3,834,976.72 | 3,120,357.03 |
| 2 | Mercantile Bank And Trust Company | 7100-000 | NA | 205,140.52 | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 0.00 | $ 4,040,117.24 | $ 3,834,976.72 | $ 3,120,357.03 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-19890 | MSH | Judge: | Melvin S. Hoffman | Trustee Name: | John J. Aquino, Trustee |

Case Name:    BLACKSTONE FINANCIAL HOLDINGS, LLC

Date Filed (f) or Converted (c):    05/01/2012 (c)

341(a) Meeting Date:    12/11/2012

For Period Ending:    04/19/2019

Claims Bar Date:    03/11/2013

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  89-91 WEST STREET, BEVERLY, MASSACHUSETTS 01915 | Unknown | 70,000.00 | | 3,275,000.00 | FA |
| 2.  Void (u) | 0.00 | N/A | | 0.00 | FA |
| 3.  Rents Received West St property | 0.00 | 0.00 | | 13,075.65 | FA |
| 4.  Insurance Claim (u) | 0.00 | 4,309.52 | | 4,309.52 | FA |
| 5.  506(c) expense reimbursement (u) | 0.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $0.00 | $74,309.52 | | $3,292,385.17 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Activities this period:  All assets administered.  Resolved dispute regarding status of secured claim of JP Morgan Chase. Resolved section 506(c) claim; filed stipulation with court. Approved 9/4/18. Distributed net sales proceeds to Chase.  Tasks remaining:  File tax returns. Previous estimated TFR dates were 7/31/16, 12/31/17 and 6/30/18.

| RE PROP # | 1 | -- | Current estate value of $70,000 is based upon two "carve-outs" negotiated with lender and approved by the Court, so regardless of the amount the house sells for, the estate will receive a minimum of $70,000 for administering the asset.  I do not expect the property to sell for an amount in excess of the lender's lien claim. |
| RE PROP # | 2 | -- | Asset deleted by debtor amendment |
| RE PROP # | 5 | -- | recovery from lender for costs of preserving estate asset |

Initial Projected Date of Final Report (TFR): 01/31/2015          Current Projected Date of Final Report (TFR): 11/30/2018

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-19890

Case Name: BLACKSTONE FINANCIAL HOLDINGS, LLC

Trustee Name: John J. Aquino, Trustee

Bank Name: Signature Bank

Account Number/CD#: XXXXXX5400

Checking

Taxpayer ID No: XX-XXX8024

For Period Ending: 04/19/2019

Blanket Bond (per case limit): $0.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/18/17 | | Estate of BLACKSTONE FINANCIAL HOLDINGS, LLC , 11-19890 c/o John Aquino Chapter 7 Trustee 240 Lewis Wharf Boston, MA 02110 | Transfer of Estate Funds | 9999-000 | $322,500.00 | | $322,500.00 |
| 05/18/17 | | East Boston Savings Bank 10 Meridan St. East Boston, MA  02128-1963 | sale of real estate | | $2,890,758.00 | | $3,213,258.00 |
| | | | Gross Receipts              $2,902,500.00 | | | | |
| | | Jerry Vitale Trash | Trash Removal              ($11,742.00) | 2500-000 | | | |
| | 1 | | 89-91 WEST STREET,         $2,902,500.00 BEVERLY, MASSACHUSETTS 01915 | 1110-000 | | | |
| 06/06/17 | 10001 | Tranzon Auction Properties 93 Exchange Street Portland, ME  04101 | Auctioneer Fees | | | $26,848.00 | $3,186,410.00 |
| | | Properties, Tranzon Auction | ($10,000.00) | 3610-000 | | | |
| | | Properties, Tranzon Auction | ($16,848.00) | 3620-000 | | | |
| 07/19/17 | 10002 | Jerry Vitale Trash Removal 8 Appleton Avenue Beverly, MA  01915-3502 | Trash Removal | 2990-000 | | $895.00 | $3,185,515.00 |
| 08/01/17 | 10003 | International Sureties LTD International Sureties, Ltd 701 Poydras St. Suite 420 New Orleans, LA 70139 | 2017 Bond Payment Bond #016027600 | 2300-000 | | $1,049.49 | $3,184,465.51 |
| 09/04/18 | 10004 | INTERNATIONAL SURETIES LTD. 701 Pydras Street, Suite 420 New Orleans, LA  70139 | bond payment | 2300-000 | | $1,089.63 | $3,183,375.88 |
| 09/06/18 | 10005 | JP Morgan Chase Bank, N.A. Attention:OH4-7133 3415 Vision Drive Columbus, OH 43219 | Proceeds from sale | 4110-000 | | $3,120,357.03 | $63,018.85 |

Page Subtotals:                                                                           $3,213,258.00        $3,150,239.15

Page: 2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-19890                                          Trustee Name: John J. Aquino, Trustee          Exhibit 9
Case Name: BLACKSTONE FINANCIAL HOLDINGS, LLC             Bank Name: Signature Bank
                                                          Account Number/CD#: XXXXXX5400
                                                          Checking
Taxpayer ID No: XX-XXX8024                                Blanket Bond (per case limit): $0.00
For Period Ending: 04/19/2019                             Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/27/18 | 10006 | Estate of BLACKSTONE FINANCIAL HOLDINGS, LLC , 11-19890 c/o John Aquino, Chapter 7 Trustee 240 Lewis Wharf Boston, MA 02110 | Transfer of Estate Funds | 9999-000 | | $63,018.85 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $3,213,258.00 | $3,213,258.00 |
| Less: Bank Transfers/CD's | $322,500.00 | $63,018.85 |
| Subtotal | $2,890,758.00 | $3,150,239.15 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,890,758.00 | $3,150,239.15 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals:                          $0.00          $63,018.85

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:  11-19890
Case Name:  BLACKSTONE FINANCIAL HOLDINGS, LLC

Trustee Name:  John J. Aquino, Trustee
Bank Name:  Associated Bank
Account Number/CD#:  XXXXXX3632
Checking Account

Taxpayer ID No:  XX-XXX8024
For Period Ending:  04/19/2019

Blanket Bond (per case limit):  $0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/17/12 | 3 | SANDRA M HOUSTON LETT 153 Sheffield RdWaltham, MA 02451 | dec rent cameron left | 1122-000 | $516.66 | | $516.66 |
| 12/17/12 | 3 | SHIELA M. BANDINI 1310 Trapelo RoadWaltham, MA 02451 | Dec rent PJ | 1122-000 | $515.00 | | $1,031.66 |
| 12/17/12 | 3 | GLENN M SUTTER 99 Little Fox LaneSouthbury, Ct 06488 | dec rent | 1122-000 | $515.00 | | $1,546.66 |
| 12/17/12 | 3 | JOSEPH DIBLASE SR 25 Country View DriveCranston, RI 02921 | dec rent Jared | 1122-000 | $527.00 | | $2,073.66 |
| 01/08/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $0.51 | $2,073.15 |
| 01/18/13 | 3 | SHIELA M. BANDINI 1310 Trapelo RoadWaltham, MA 02451 | Jan rent PJ | 1122-000 | $515.00 | | $2,588.15 |
| 01/18/13 | 3 | JOSEPH DIBLASE SR 25 Country View DriveCranston, RI 02921 | jan rent Jared | 1122-000 | $527.00 | | $3,115.15 |
| 01/18/13 | 3 | SANDRA M HOUSTON LETT 153 Sheffield RdWaltham, MA 02451 | jan rent cameron left | 1122-000 | $516.66 | | $3,631.81 |
| 01/18/13 | 3 | GLENN M SUTTER 99 Little Fox LaneSouthbury, Ct 06488 | jan rent | 1122-000 | $515.00 | | $4,146.81 |
| 01/25/13 | 10001 | PREMIUM ASSIGNMENT CORP 3522 Thomasville Road, Suite 400Tallahassee, FL 33209 | Loan # 997831 insurance payment for property | 2420-000 | | $412.04 | $3,734.77 |
| 01/29/13 | 3 | MICHAEL K DOANE 24 Warren StSalem, MA 01970 | RENTS PAID | 1122-000 | $1,100.00 | | $4,834.77 |
| 02/07/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,824.77 |
| 03/07/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,814.77 |
| 03/12/13 | 10002 | PREMIUM ASSIGNMENT CORP 3522 Thomasville Road, Suite 400Tallahassee, FL 33209 | Loan # 997831 insurance payment for property | 2420-000 | | $392.42 | $4,422.35 |
| 03/14/13 | 3 | BROOKS D REINHARD 1210 Mayfair CircleWest Chester, PA 19380 | RENTS PAID | 1122-000 | $515.00 | | $4,937.35 |
| 04/05/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $4,927.35 |

Page Subtotals:    $5,762.32    $834.97

## FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 11-19890
Case Name: BLACKSTONE FINANCIAL HOLDINGS, LLC

Taxpayer ID No: XX-XXX8024
For Period Ending: 04/19/2019

Trustee Name: John J. Aquino, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3632

Checking Account

Blanket Bond (per case limit): $0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/08/13 | 3 | BROOKS D REINHARD 1210 Mayfair CircleWest Chester, PA 19380 | RENTS PAID | 1122-000 | $515.00 | | $5,442.35 |
| 04/08/13 | 3 | MARY AND PAUL LEDBETTER 11 James StreetNorton, MA 02766 | RENTS PAID | 1122-000 | $400.00 | | $5,842.35 |
| 04/08/13 | 3 | MARK LEDBETTER 11 James StreetNorton, MA 02766 | RENTS PAID | 1122-000 | $117.00 | | $5,959.35 |
| 04/08/13 | 3 | TD BANK (for Debtor) | RENTS PAID | 1122-000 | $1,066.66 | | $7,026.01 |
| 04/08/13 | 3 | SANDRA M HOUSTON LETT 153 Sheffield RdWaltham, MA 02451 | april rent cameron left | 1122-000 | $527.00 | | $7,553.01 |
| 04/08/13 | 3 | JOSEPH DIBLASE SR 25 Country View DriveCranston, RI 02921 | april rent Jared | 1122-000 | $527.00 | | $8,080.01 |
| 04/08/13 | 3 | SHIELA M. BANDINI 1310 Trapelo RoadWaltham, MA 02451 | Apr rent PJ | 1122-000 | $525.00 | | $8,605.01 |
| 04/08/13 | 3 | GLENN M SUTTER 99 Little Fox LaneSouthbury, Ct 06488 | apr rent | 1122-000 | $526.67 | | $9,131.68 |
| 04/26/13 | 3 | BROOKS D REINHARD 1210 Mayfair CircleWest Chester, PA 19380 | RENTS PAID | 1122-000 | $515.00 | | $9,646.68 |
| 05/07/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $11.55 | $9,635.13 |
| 05/14/13 | 1 | BROOKS D REINHARD 1210 Mayfair CircleWest Chester, PA 19380 | RENTS PAID | 1122-000 | $515.00 | | $10,150.13 |
| 05/14/13 | 1 | Reverses Deposit # 20 | RENTS PAID entered in error | 1122-000 | ($515.00) | | $9,635.13 |
| 05/15/13 | 3 | BROOKS D REINHARD 1210 Mayfair CircleWest Chester, PA 19380 | RENTS PAID | 1122-000 | $515.00 | | $10,150.13 |
| 05/15/13 | 3 | SHIELA M. BANDINI 1310 Trapelo RoadWaltham, MA 02451 | Apr rent PJ | 1122-000 | $525.00 | | $10,675.13 |
| 05/15/13 | 3 | JOSEPH DIBLASE SR 25 Country View DriveCranston, RI 02921 | rent Jared | 1122-000 | $527.00 | | $11,202.13 |
| 05/15/13 | 1 | SANDRA M HOUSTON LETT 153 Sheffield RdWaltham, MA 02451 | jan rent cameron left | 1122-000 | $516.66 | | $11,718.79 |

Page Subtotals: $6,802.99   $11.55

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-19890

Case Name: BLACKSTONE FINANCIAL HOLDINGS, LLC

Taxpayer ID No: XX-XXX8024

For Period Ending: 04/19/2019

Trustee Name: John J. Aquino, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX3632

Checking Account

Blanket Bond (per case limit): $0.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/15/13 | 3 | SANDRA M HOUSTON LETT<br>153 Sheffield RdWaltham, MA 02451 | april rent cameron left | 1122-000 | $527.00 | | $12,245.79 |
| 05/15/13 | | GLENN M SUTTER<br>99 Little Fox LaneSouthbury, Ct 06488 | RENTS PAID | 1122-000 | $526.67 | | $12,772.46 |
| 05/15/13 | 3 | MARY AND PAUL LEDBETTER<br>11 James StreetNorton, MA  02766 | RENTS PAID | 1122-000 | $500.00 | | $13,272.46 |
| 05/15/13 | 1 | Reverses Deposit # 24 | jan rent cameron left amount entered in error | 1122-000 | ($516.66) | | $12,755.80 |
| 05/17/13 | 10003 | PREMIUM ASSIGNMENT CORP<br>3522 Thomasville Road, Suite 400Tallahassee, FL 33209 | insurance payment for property | 2420-000 | | $4,992.00 | $7,763.80 |
| 06/07/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $15.51 | $7,748.29 |
| 07/08/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.38 | $7,737.91 |
| 08/07/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.70 | $7,727.21 |
| 09/09/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.69 | $7,716.52 |
| 09/12/13 | 10004 | INTERNATIONAL SURETIES, LTD.<br>701 Pydras Street, Suite 420New Orleans, LA 70139 | blanket bond payment | 2300-000 | | $7.56 | $7,708.96 |
| 10/07/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.32 | $7,698.64 |
| 11/07/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.64 | $7,688.00 |
| 12/06/13 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.29 | $7,677.71 |
| 01/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.61 | $7,667.10 |
| 02/05/14 | 10005 | ROBERT COOK<br>6 School Street Apt 1Salem, MA 01970 | snow removal 899 West St | 2420-000 | | $350.00 | $7,317.10 |
| 02/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.60 | $7,306.50 |
| 02/10/14 | 10006 | MIKE'S OIL COMPANY<br>17 Bertram StBeverly, MA 01915 | oil for 90 West St Beverly MA | 2420-000 | | $1,000.00 | $6,306.50 |

Page Subtotals:                    $1,037.01        $6,449.30

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-19890
Case Name: BLACKSTONE FINANCIAL HOLDINGS, LLC

Taxpayer ID No: XX-XXX8024
For Period Ending: 04/19/2019

Trustee Name: John J. Aquino, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3632
Checking Account
Blanket Bond (per case limit): $0.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/13/14 | | Reverses Deposit # 26 | check bounced -- | 1122-000 | ($526.67) | | $5,779.83 |
| 02/13/14 | | ASSOCIATED BANK for bounced check 5/13 | SERVICE CHARGE | 2600-000 | | $12.00 | $5,767.83 |
| 02/17/14 | 10007 | ROBERT COOK 6 School Street Apt 1Salem, MA 01970 | snow removal 899 West St | 2420-000 | | $250.00 | $5,517.83 |
| 02/20/14 | 10008 | MIKE'S OIL COMPANY 17 Bertram StBeverly, MA 01915 | oil for 90 West St Beverly MA | 2420-000 | | $2,000.00 | $3,517.83 |
| 03/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,507.83 |
| 04/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,497.83 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $3,487.83 |
| 06/02/14 | 10009 | BEVERLY INSURANCE BROKERAGE, INC. 100 Cummings CenterBeverly, MA 01915 | insurance 89 West St | 2990-000 | | $3,084.00 | $403.83 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | $10.00 | $393.83 |
| 09/01/14 | 10010 | INTERNATIONAL SURETIES, LTD. 701 Pydras Street, Suite 420New Orleans, LA 70139 | bond premium | 2300-000 | | $0.33 | $393.50 |
| 12/18/14 | 4 | VanGuard Claims Administration, Inc. PO Box 835 Woodbury, NJ 08096 | insurance claim | 1229-000 | $4,309.52 | | $4,703.02 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,693.02 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,683.02 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,673.02 |

Page Subtotals:    $3,782.85    $5,416.33

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 11-19890 | | | Trustee Name: John J. Aquino, Trustee |
| Case Name: BLACKSTONE FINANCIAL HOLDINGS, LLC | | | Bank Name: Associated Bank |
| | | | Account Number/CD#: XXXXXX3632 |
| | | | Checking Account |
| Taxpayer ID No: XX-XXX8024 | | | Blanket Bond (per case limit): $0.00 |
| For Period Ending: 04/19/2019 | | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/10/15 | | JP Morgan Chase Corporate Accounts Payable, TX2-C361 712 Main Street, 4E Houston, TX 77002 | reimbursement for estate expenses | | | ($10,984.00) | $15,657.02 |
| | | JP Morgan Chase | reimbursement for estate expenses | $7,900.00 | 2420-000 | | |
| | | JP Morgan Chase | reimbursement for estate expenses | $3,084.00 | 2990-000 | | |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $18.01 | $15,639.01 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.50 | $15,616.51 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.22 | $15,593.29 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.43 | $15,570.86 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.15 | $15,547.71 |
| 08/26/15 | 10011 | INTERNATIONAL SURETIES LTD International Sureties, LTD 701 Poydras St Suite 420 New Orleans LA 70139 | BLANKET BOND PAYMENT | 2300-000 | | $10.07 | $15,537.64 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.12 | $15,514.52 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.32 | $15,492.20 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.03 | $15,469.17 |

| | | | Page Subtotals: | | $0.00 | ($10,796.15) | |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-19890
Case Name: BLACKSTONE FINANCIAL HOLDINGS, LLC

Taxpayer ID No: XX-XXX8024
For Period Ending: 04/19/2019

Trustee Name: John J. Aquino, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3632
Checking Account
Blanket Bond (per case limit): $0.00
Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.26 | $15,446.91 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.97 | $15,423.94 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.93 | $15,401.01 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.42 | $15,379.59 |
| 03/22/16 | 1 | JP Morgan Chase & Co. Corporate Accounts Payable, OH1-1060 1111 Polaris Parkway, Floor 1N Columbus, OH  43240 | sale of real estate 89 West Street | 1110-000 | $50,000.00 | | $65,379.59 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.44 | $65,335.15 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.99 | $65,241.16 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.99 | $65,144.17 |
| 06/16/16 | 10012 | National Grid PO Box 11735 Newark, NJ  07101-4735 | acct# 42614-21012  Gas | 2690-000 | | $866.93 | $64,277.24 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.56 | $64,183.68 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.43 | $64,088.25 |
| 09/01/16 | 10013 | INTERNATIONAL SURETIES LTD. 701 Pydras Street, Suite 420 New Orleans, LA  70139 | Blanket Bond | 2300-000 | | $54.57 | $64,033.68 |

Page Subtotals:                                      $50,000.00        $1,435.49

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Page:   **9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 11-19890 | Trustee Name: John J. Aquino, Trustee | Exhibit 9 |
| Case Name: BLACKSTONE FINANCIAL HOLDINGS, LLC | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX3632 | |
| | Checking Account | |
| Taxpayer ID No: XX-XXX8024 | Blanket Bond (per case limit): $0.00 | |
| For Period Ending: 04/19/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.27 | $63,938.41 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.01 | $63,846.40 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.92 | $63,751.48 |
| 12/07/16 | | National Grid 300 Erie Boulevard West Syracuse, NY 13202-4250 | refund for misallocation of funds to wrong account | 2690-000 | $302.52 | | $64,054.00 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.72 | $63,962.28 |
| 12/07/16 | 10014 | National Grid PO Box 11737 Newark, NJ 07101-4737 | acct# 89193-46024 | 2690-000 | | $579.58 | $63,382.70 |
| 12/07/16 | 10015 | National Grid PO Box 11737 Newark, NJ 07101-4737 | acct# 02021-06054 | 2690-000 | | $143.12 | $63,239.58 |
| 12/07/16 | 10016 | National Grid PO Box 11737 Newark, NJ 07101-4737 | acct# 76719-12072 | 2690-000 | | $343.39 | $62,896.19 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.12 | $62,802.07 |
| 02/24/17 | 10017 | National Grid PO Box 11737 Newark, NJ 07101-4737 | acct# 02021-06054 | 2690-000 | | $11.00 | $62,791.07 |
| 04/04/17 | 10018 | National Grid PO Box 11737 Newark, NJ 07101-4737 | acct# 02021-06054 | 2690-000 | | $11.00 | $62,780.07 |
| 04/28/17 | 10019 | National Grid PO Box 11737 Newark, NJ 07101-4737 | acct# 02021-06054 | 2690-000 | | $5.50 | $62,774.57 |
| 05/09/17 | 10020 | City of Beverly - Fire Department | smoke/co alarm inspection | 2500-000 | | $150.00 | $62,624.57 |
| | | | Page Subtotals: | | $302.52 | $1,711.63 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-19890

Case Name: BLACKSTONE FINANCIAL HOLDINGS, LLC

Trustee Name: John J. Aquino, Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX3632

Checking Account

Taxpayer ID No: XX-XXX8024

For Period Ending: 04/19/2019

Blanket Bond (per case limit): $0.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/17 | | National Grid 300 Erie Boulevard West Syracuse, NY  13202-4250 | refund Refund for over payment of gas bill for 89-91 West Street  acct# 42614-21012 | | 2690-000 | $359.24 | | $62,983.81 |
| 06/06/17 | 10021 | National Grid PO Box 11737 Newark, NJ  07101 | acct# 02021-06054 Final Bill | | 2690-000 | | $9.17 | $62,974.64 |
| 07/25/17 | | National Grid 300 Erie Boulevard West Syracuse, NY  13202-4250 | refund | | 2690-000 | $298.95 | | $63,273.59 |
| 11/27/18 | | Estate of BLACKSTONE FINANCIAL HOLDINGS, LLC , 11-19890 | Transfer of Estate Funds | | 9999-000 | $0.00 | | $63,273.59 |
| 11/27/18 | | Estate of BLACKSTONE FINANCIAL HOLDINGS, LLC , 11-19890 | Transfer of Estate Funds Reversal accidentally saved without putting an amount | | 9999-000 | $0.00 | | $63,273.59 |
| 11/27/18 | | Estate of BLACKSTONE FINANCIAL HOLDINGS, LLC , 11-19890 | Transfer of Estate Funds | | 9999-000 | $63,018.85 | | $126,292.44 |
| 02/06/19 | 10022 | John J. Aquino 240 Lewis Wharf Boston, MA  02110 | Distribution | | | | $32,431.41 | $93,861.03 |
| | | John J. Aquino | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($25,584.76) | 2100-000 | | | |
| | | John J. Aquino | Final distribution creditor account # representing a payment of 100.00 % per court order. | ($6,846.65) | 2200-000 | | | |
| 02/06/19 | 10023 | Us Trustee John Mccormick Post Office & Courthouse Boston, Ma 02109 | Final distribution to claim 5 creditor account # representing a payment of 100.00 % per court order. | | 2950-000 | | $650.00 | $93,211.03 |

Page Subtotals:   $63,677.04   $33,090.58

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-19890
Case Name: BLACKSTONE FINANCIAL HOLDINGS, LLC

Trustee Name: John J. Aquino, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3632
Checking Account

Taxpayer ID No: XX-XXX8024
For Period Ending: 04/19/2019

Blanket Bond (per case limit): $0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/06/19 | 10024 | Robert Lockwood 149 Federal Street Salem, MA 01970 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2990-000 | | $8,500.00 | $84,711.03 |
| 02/06/19 | 10025 | ANDERSON AQUINO LLP 240 Lewis Wharf Boston, MA  02110 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 3110-000 | | $82,713.00 | $1,998.03 |
| 02/06/19 | 10026 | Verdolino & Lowey P. C. 124 Washington Street Foxboro, MA 02035 | Distribution | | | $1,998.03 | $0.00 |
| | | Verdolino & Lowey P. C. | Final distribution creditor              ($1,962.00) account # representing a payment of 100.00 % per court order. | 3410-000 | | | |
| | | Verdolino & Lowey P. C. | Final distribution creditor                  ($36.03) account # representing a payment of 100.00 % per court order. | 3420-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $130,404.02 | $130,404.02 |
| Less: Bank Transfers/CD's | $63,018.85 | $0.00 |
| Subtotal | $67,385.17 | $130,404.02 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $67,385.17 | $130,404.02 |

UST Form 101-7-TDR (10/1/2010) *(Page: 19)*

Page Subtotals:                     $0.00         $93,211.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-19890  
Case Name: BLACKSTONE FINANCIAL HOLDINGS, LLC

Trustee Name: John J. Aquino, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5074  
Good Faith Deposit Account

Exhibit 9

Taxpayer ID No: XX-XXX8024  
For Period Ending: 04/19/2019

Blanket Bond (per case limit): $0.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/31/17 | 1 | Joseph P Coughlin 41 Choate Ave Danvers MA 01923 | Good Faith Deposit | 1110-000 | $50,000.00 | | $50,000.00 |
| 02/03/17 | 1 | Joseph P. Coughlin First Ipswich Bank Ipswich, MA | Good Faith Deposit | 1110-000 | $272,500.00 | | $322,500.00 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $367.62 | $322,132.38 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $478.89 | $321,653.49 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $462.79 | $321,190.70 |
| 05/11/17 | | Associated Bank | BANK SERVICE Charge Refund | 2600-000 | | ($478.89) | $321,669.59 |
| 05/11/17 | | Associated Bank | BANK SERVICE Charge Refund | 2600-000 | | ($462.79) | $322,132.38 |
| 05/11/17 | | Associated Bank | BANK SERVICE Charge Refund | 2600-000 | | ($367.62) | $322,500.00 |
| 05/18/17 | 10001 | Estate of BLACKSTONE FINANCIAL HOLDINGS, LLC , 11-19890 c/o John Aquino Chapter 7 Trustee 240 Lewis Wharf Boston, MA 02110 | Transfer of Estate Funds | 9999-002 | | $322,500.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $322,500.00 | $322,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $322,500.00 |
| Subtotal | $322,500.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $322,500.00 | $0.00 |

| Page Subtotals: | $322,500.00 | $322,500.00 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3632 - Checking Account | $67,385.17 | $130,404.02 | $0.00 |
| XXXXXX5074 - Good Faith Deposit Account | $322,500.00 | $0.00 | $0.00 |
| XXXXXX5400 - Checking | $2,890,758.00 | $3,150,239.15 | $0.00 |
| | $3,280,643.17 | $3,280,643.17 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $11,742.00 | |
| Total Net Deposits: | $3,280,643.17 | |
| Total Gross Receipts: | $3,292,385.17 | |

Page Subtotals:                    $0.00          $0.00